# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Enfish, LLC v. Microsoft Corp., Fiserv, Inc., Intuit, Inc., Jack Henry and Associates, Inc., and Sage Software, Inc.

No. 2015–1244

Entry of Appearance

Please enter my appearance (select one):

    \_\_\_\_Pro Se    ✓ As counsel for: Microsoft Corporation, Fiserv, Inc., Intuit, Inc., and Jack Henry & Associates, Inc.

I am, or the parties I represent are (select one):

    \_\_\_\_Petitioner    \_\_\_\_Respondent    \_\_\_Amici curiae    \_\_\_\_Cross Appellant

    \_\_\_\_Appellant    ✓ Appellee    \_\_\_\_Intervenor

As amici curiae or intervenors, these parties support (select one):

    \_\_\_\_Petitioner or appellant    \_\_\_Respondents or appellees

My address and telephone are:

| | |
|---|---|
| Name: | Chad S. Campbell |
| Law firm: | Perkins Coie LLP |
| Address: | 2901 N. Central Avenue, Suite 2000 |
| City, State and ZIP: | Phoenix, AZ 85012 |
| Telephone: | (602) 351-8393 |
| Fax #: | (602) 351-7193 |
| E-mail address: | CSCampbell@perkinscoie.com |

Statement to be completed by counsel only (select one):

    ✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

    \_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/01/2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

    \_\_ Yes    ✓ No

\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| January 23, 2015 | /s/ Chad Campbell |
| Date | Signature of pro se or counsel |

LEGAL124754716.1

- 2 -

## CERTIFICATE OF AUTHORITY AND PROOF OF SERVICE

I certify that the foregoing document was served on registered counsel of record for all parties via the Court's CM/ECF system.

Dated:  January 23, 2015

                                                /s/ Chad Campbell
                                                Chad S. Campbell