## NO. 2015-1244

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ENFISH LLC,

*Plaintiff-Appellant,*

v.

MICROSOFT CORPORATION, FISERV, INC., INTUIT, INC., SAGE SOFTWARE INC., JACK HENRY & ASSOCIATES, INC.,

*Defendants-Appellees,*

Appeal from the United States District Court for the District of Central California in Case No.2:12-cv-07360-MRP-MRW, Senior Judge Mariana R. Pfaelzer

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26 (b) and Federal Circuit Rule 26(b), Plaintiff-Appellant Enfish LLC, hereby moves the Court for a 60-day extension of time within which to file Enfish LLC's opening brief on appeal ("Opening Brief"), thereby extending the due date from Tuesday March 10, 2015, to Monday May 11, 2015. Attorneys for Appellees consent to this request. This is the Plaintiff-Appellant's first request for an extension to file its Opening Brief.

The extension of time is necessary because Plaintiff-Appellant is awaiting decisions in several ongoing *inter partes* reviews (IPRs) of the patents at issue in the appeal. The requested extension will provide Plaintiff-Appellant with time to evaluate the Patent Office's final written decisions in the IPRs.

The reasons for this request for an extension are set forth more fully in the attached declaration of Matthew J. Leary.

WHEREFORE, Plaintiff-Appellant respectfully requests that the time within which it must file its Opening Brief be extended by 60 days up to and including May 11, 2015.

Dated: January 23, 2015

                                        Respectfully submitted,

                                        /s/   Matthew J. Leary
                                        Matthew J. Leary

                                        James P. Brogan
                                        Orion Armon
                                        Matthew J. Leary
                                        COOLEY LLP
                                        380 Interlocken Crescent, Suite 900
                                        Broomfield, CO 80021-8023
                                        E-Mail: jbrogan@cooley.com
                                        E-Mail: oarmon@cooley.com
                                        E-Mail: mleary@cooley.com
                                        Tel: 720-566-4000
                                        Fax: 720-566-4099

                                        *Attorneys for Appellant Enfish, LLC*

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Enfish LLC. v. Microsoft Corporation, Fiserv, Inc., Intuit, Inc., Sage Software Inc., Jack Henry & Associates, Inc.

No. 2015-1244

**Enfish LLC's Certificate of Interest**

Pursuant to Federal Circuit Rules 27(a)(77) and 47.4(a), counsel for Appellant Enfish LLC hereby certifies the following:

**1. The full name of every party or amicus represented by me is:**

   Enfish, LLC

**2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is**:

   N/A

**3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by us are:**

   No publicly-held corporation owns 10% or more of Enfish LLC stock.

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by us in the trial court or agency or are expected to appear in this court are:**

   Cooley LLP; James P. Brogan, Orion Armon, Matthew J. Leary

Dated: January 23, 2015                    *s/ Matthew J. Leary*
                                            Matthew J. Leary

## NOS. 2015-1244

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ENFISH LLC,

*Plaintiff-Appellant,*

v.

MICROSOFT CORPORATION, FISERV, INC., INTUIT, INC., SAGE SOFTWARE INC., JACK HENRY & ASSOCIATES, INC.,

*Defendants-Appellees,*

Appeal from the United States District Court for the District of Central California in Case No.2:12-cv-07360-MRP-MRW, Senior Judge Mariana R. Pfaelzer

## DECLARATION OF MATTHEW J. LEARY

I, Matthew J. Leary, declare as follows,

1.  I am an attorney licensed to practice before the Courts of the State of Colorado and am admitted to practice in this Court. I am an associate with the law firm of Cooley LLP, attorneys of record for Plaintiff-Appellant Enfish, LLC.

2.  Plaintiff-Appellant Enfish LLC's Opening Brief in Appeal No. 2015-1244 is currently due March 10, 2015.

3.  No previous extension of time has been sought or granted to Enfish LLC for its Opening Brief.

4. The extension of time is necessary because Plaintiff-Appellant is awaiting decisions in several ongoing *inter partes* reviews (IPRs) of the patents at issue in the appeal. The requested extension will provide Plaintiff-Appellant with time to evaluate the Patent Office's final written decisions in the IPRs.

5. On January 17 and January 21, 2015, attorneys for Enfish contacted Defendant-Appellees' counsel via email regarding the proposed extension of time for Enfish's opening brief. The defendants consented to the extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23nd day of January, 2015.

*s/ Matthew J. Leary*
Matthew J. Leary

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2015, a copy of the following document:

- Unopposed Motion for Extension of Time for Filing Opening Brief

was filed electronically with the Clerk of Court using the CM/ECF system, and served on counsels of record who have registered for such service.

*s/ Matthew J. Leary*
Matthew J. Leary
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
E-Mail:  mleary@cooley.com
Tel:  720-566-4000
Fax:  720-566-4099

113409858 v1