NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENFISH, LLC,**
*Plaintiff-Appellant*

v.

**MICROSOFT CORPORATION, FISERV, INC., INTUIT, INC., SAGE SOFTWARE, INC., JACK HENRY & ASSOCIATES, INC.,**
*Defendants-Appellees*

---

2015-1244

---

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-07360-MRP-MRW, Senior Judge Mariana R. Pfaelzer.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge.*

**O R D E R**

Enfish LLC moves for this court to take judicial notice of related decisions of the Patent Trial and Appeal Board ("PTAB") denying rehearing requests in case Nos. IPR2013-00559 and IPR2013-00562, which are attached to the motion.

Enfish notes that this court previously granted a motion to take judicial notice of the PTAB's final written decision in these matters and that appellees "do not oppose this motion as long as the Court permits Appellees to make their own arguments pertaining to any of the final PTAB decisions on topics other than the estoppel issue."

Judicial notice of public records is proper when they are from sources whose accuracy cannot reasonably be questioned. *See Genentech, Inc. v. U.S. Int'l Trade Comm'n*, 122 F.3d 1409, 1417 n.7 (Fed. Cir. 1997) (taking judicial notice of court records). The relevance of such materials, however, is left to the merits panel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for judicial notice is granted.

(2) A copy of this order with the motion and attached exhibits shall be transmitted to the merits panel assigned to hear the case.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31