2015–1244

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

ENFISH, LLC INC.,

*Plaintiff–Appellant*,

v.

MICROSOFT CORPORATION, FISERV, INC., INTUIT, INC.,
SAGE SOFTWARE, INC., and JACK HENRY AND ASSOCIATES, INC.,

*Defendants–Appellees*

---

Appeal from the United States District Court for the Central District of California
in case no 2:12-cv-07360-MRP-MRW, Judge Mariana R. Pfaelzer

---

## APPELLEES' UNOPPOSED MOTION FOR A 39-DAY EXTENSION OF TIME (UNTIL OCTOBER 2, 2015) TO FILE THEIR RESPONSE BRIEF

---

Chad S. Campbell
Dan L. Bagatell
Theodore H. Wimsatt
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012–2788
Phone:    (602) 351–8383
E-mail:    CSCampbell@perkinscoie.com

Amanda J. Tessar
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202–5225
Phone:  (303) 291–2357
E-mail:  ATessar@perkinscoie.com

Attorneys for Microsoft Corporation, Fiserv, Inc.,
Intuit, Inc., and Jack Henry and Associates, Inc.

*[counsel for Sage Software, Inc. listed on next page]*

August 10, 2015

William J. Brown, Jr.
Matthew K. Wegner

BROWN WEGNER MCNAMARA LLP

2603 Main Street, Suite 1050
Irvine, California 92614

Phone:   (949) 705–0080
E-mail:   bill@bwmllp.com

Attorneys for Sage Software, Inc.

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, Appellees move for a 39-day extension of time in which to file their response brief in this appeal.  Appellees have not sought any previous extensions in this case. Appellees' response brief is now due by August 24, 2015.  If the extension is granted, Appellees' response brief will be due by October 2, 2015.

As explained in the attached declaration, Appellees have good cause for an extension because counsel have commitments in other cases between now and the current due date.  Appellees also are not aware of any urgency to this appeal and note that Appellant was granted two 60-day extensions of time to file its principal brief.  Appellant does not oppose this motion, and no opposition will be filed.

Dated:  August 10, 2015          Respectfully submitted,

PERKINS COIE LLP

By  /s/Chad S. Campbell
        Chad S. Campbell

Counsel for Microsoft Corporation, Fiserv, Inc.,
Intuit, Inc., and Jack Henry and Associates, Inc.

BROWN WEGNER MCNAMARA LLP

By  /s/William J. Brown, Jr.
        William J. Brown, Jr.

Counsel for Sage Software, Inc.

## CERTIFICATES OF INTEREST

Counsel for defendants–appellees Microsoft Corporation, Fiserv, Inc., Intuit, Inc., and Jack Henry and Associates, Inc. certifies the following:

The full names of every party represented by me are:

Microsoft Corporation; Fiserv, Inc.; Intuit, Inc.; Jack Henry and Associates, Inc.

The name of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

n/a

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

None for Microsoft Corporation, Intuit, Inc., and Jack Henry and Associates, Inc.

Based on the information that is available to us, we believe that T. Rowe Price Associates, Inc. ("Price Associates") beneficially owns approximately 33 million shares of Fiserv, Inc. common stock, which amounts to approximately 14% of our outstanding shares.  In filings with Securities and Exchange Commission, Price Associates has indicated that that these securities are owned by various individual and institutional investors for which Price Associates serves as investment adviser with power to direct investments and/or sole power to vote the securities. For purposes of the reporting requirements of the Exchange Act, Price Associates is deemed to be a beneficial owner of such securities; however, Price Associates expressly disclaims that it is, in fact, the beneficial owner of such securities.

The names of all law firms and lawyers that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

PERKINS COIE LLP

| | | |
|---|---|---|
| Jonathan D. Allred | Dan L. Bagatell | Elizabeth J. Banzhoff |
| Chad S. Campbell | Lara J. Dueppen | Amy E. Simpson |
| Lauren C. Sliger[*] | Amanda J. Tessar | Theodore H. Wimsatt |

POLSINELLI LLP

Wesley D. Hurst (for Jack Henry and Associates, Inc.)

Dated:  August 10, 2015          /s/Chad S. Campbell
                                 Chad S. Campbell

---

[*] no longer with the firm

Counsel for defendant–appellee Sage Software, Inc. certifies the following:

The full name of every party represented by me is:

Sage Software, Inc..

The name of the real parties in interest (if the parties named in the caption are not the real party in interest) represented by me are:

n/a

The names of all parent corporations and any publicly held companies that own 10% or more of the stock of the party represented by me are:

Sage Software, Inc. is owned by Sage Software Holding, Inc., which in turn is owned by Sage Software North America.  Sage Software North America is ultimately indirectly owned by Sage Group, PLC.

BROWN WEGNER MCNAMARA LLP

William J. Brown, Jr.         Yuanjun Lily Li         Matthew K. Wegner


Dated:  August 10, 2015         /s/William J. Brown, Jr.
                               William J. Brown, Jr.

## Declaration of Chad S. Campbell

1.      I am principal counsel for all of the appellees except Sage Software, Inc.  Along with my colleagues Dan Bagatell and Amanda Tessar, I have primary responsibility for preparation of my clients' brief in this appeal, and we intend to file a joint brief with Sage Software.

2.      My colleagues and I have extensive commitments in other cases between now and the current deadline of August 24, 2015, requiring an extension of that deadline.  Among other things, I have been occupied with briefing and preparation for two court hearings in mid- to late August.  Mr. Bagatell has been occupied with briefing to this Court in two appeals involving preliminary injunction motions and an amicus brief due to this Court later this month. Ms. Tessar has been occupied with previously scheduled depositions, client meetings, and discovery hearings.

3.      Based on communications with counsel for Appellant, I understand that Appellant does not oppose this request and will not be filing an opposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 10, 2015.

      /s/Chad S. Campbell   
      Chad S. Campbell

## CERTIFICATE OF AUTHORITY AND PROOF OF SERVICE

I certify that I have authority from Chad S. Campbell and William J. Brown, Jr. to include their electronic signatures on this document.

I further certify that I caused this motion to be served via the Federal Circuit's CM/ECF system on counsel of record for Appellant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 10, 2015.


                                    /s/Dan L. Bagatell
                                    Dan L. Bagatell

41826-3052/LEGAL127174202.1